**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Stoney LESTER, Defendant–Appellant.**

No. 09–11670
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 22, 2009.

Stoney Lester, Petersburg, VA, pro se.

Jennifer Kolman, Macon, GA, for Defendant–Appellant.

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

LaRae Dixon Moore, appointed counsel for Stoney Lester, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's order denying Lester's motion for relief under 18 U.S.C. § 3582(c)(2) is **AFFIRMED.**